21



**Official Use Only**

| Case Number | Judge |
|---|---|
| | |

**Case:2:14-cv-11346**
**Judge: Zatkoff, Lawrence P.**
**MJ: Whalen, R. Steven**
**Filed: 03-31-2014 At 01:04 PM**
**PRIS MITCHELL V BADAWI, ET AL (EB)**

# PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

**Plaintiff's Information**

| | | | |
|---|---|---|---|
| **Name** Randall C. Mitchell | | **Prisoner No.** 361525 | |
| **Place of Confinement** Earnest Brooks Correctional Facility | | | |
| **Street** 2500 S. Sheridan Drive ~~34625 26 Mile Rd.~~ | **City** Muskegon Heights ~~New Haven~~ | **State** MI | **Zip Code** 49444 ~~48048~~ |

**Are there additional plaintiffs?** ☐ Yes ☒ No

***If yes**, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. <u>You must provide names, prisoner numbers and addresses for all plaintiffs.</u>*

**Defendant's Information**

| | | | |
|---|---|---|---|
| **Name** Dr. Abdellatif Badawi | | **Position** MD | |
| **Street/P.O. Box** 34625 26 MILE RD | **City** New Haven | **State** MI | **Zip Code** 48048 |

**Are you suing this defendant in his/her:** ☐ Personal Capacity ☐ Official Capacity ☒ Both Capacities

**Are you suing more than one defendant?** ☒ Yes ☐ No

***If yes**, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

## Parties in the Action

Plaintiff,
Randall Charlie Mitchell#361525
E.C. Brooks Corr. Facility
2500 S. Sheridan Drive
Muskegon Heights, MI 49444

Lisa Adray,RN, Jan Nixon,Hum RN,
and Corizon Health Inc.
sued in both capacities-
Individual and Official

6452 Mellennium Dr. Suite 100
Lansing, MI 48917

1.) Defendants are employed by Corizon Health Inc. who performed their duties at Macomb Correctional Facility.

2.) Corizon Health Inc. is a company contracted with the State of Michigan to provide health services for inmates.

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes ☒ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| |
|---|
| **Docket or Case Number:** |
| **Name of Court:** |
| **Parties (Caption or Name of Case):** |
| **Disposition:** |

| |
|---|
| **Docket or Case Number:** |
| **Name of Court:** |
| **Parties (Caption or Name of Case):** |
| **Disposition:** |

| |
|---|
| **Docket or Case Number:** |
| **Name of Court:** |
| **Parties (Caption or Name of Case):** |
| **Disposition:** |

***Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.***

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

Plaintiff injuried his foot June 23, 2011. Wound at foot stump site area has gotten worser from swelling in leg and foot. After wound worsering Plaintiff filed a Grievance 4-13-2012. Plaintiff also filed Grievances on the following days 4-5-2013, 4-25-2013, and 4-30-2013, and fully Exhausted administrative remedies. Dr. Badawi refused to send Plaintiff to outside specialist, saying in Grievance Response Plaintiff was noncompliant, and refuse to participate in treatment Plan. Plaintiff was transfered to E.C. Brooks Correctional Facility Oct 15, 2013 and was seen by Dr. Richard Woreal and was sent to outside specialist on two ocassion Oct 28, 2013 then surgery on Jan 14, 2014 by Dr. Jeffery K. Anhalt.

## III. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. Set forth each claim in a separate paragraph. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

Defendants acts in bad faith of deliberate indifference by treating Plaintiff under the cruel and unusual Punishment Act.
A. By deprivation plaintiff of a wound care/outside specialist for over two years of negilection Making Plaintiffs wound More complicated to heal, and risk of losing his foot.
B. Delaying on lab test for over a year forcing Plaintiff to live inhumane living conditions with MRSA, and a swallen leg.
C. By Manipulating Policy saying Plaintiff was non compliants Ignoring Written Policy.

The Defendants acts in Deliberate Indifference, and Violates Constitutional Law Rights under the eighth amendment.

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

A. Judgment against defendants in the monetary amount equal to the sum of (one Million Dollars) 1,000,000

B. Plaintiff demand a trial by jury on all claims out of this action under the eighth amendment, and State law.

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Executed (signed) on 3-27-14 (date).

My Commission Expires 5/7/2015

R Cummings
3·24·14

Randall C. Mitchell
Signature of Plaintiff

**Michigan Department of Corrections**
**GRIEVANCE REJECTION LETTER**

**DATE:** **4/29/2013**

**TO:** **MITCHELL** **361525** **LOCATION:** **MRF** **3-49-B**

**FROM:** **Grievance Coordinator: E.Taylor**

**SUBJECT:** Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding **multiple issues**
was received in this office on **4/29/2013** and was rejected due to the following reason:
**Your grievance is being returned to you without processing for the reason that you are in violation of PD-03.02.130. This procedure states that you must limit your grievance to one (1) issue per grievance. You have included more than one (1) issue as prescribed in this procedure. Grievance denied at first step.**

Any future references to this grievance should utilize this identifier:

**MRF / 2013 / 04 / 0519 / 28C**

**E. Taylor, Grievance Coord.** 4/29/13 **J. Scott, Admin. Asst.** 4/29/13
**Respondent** **Date** **Reviewer** **Date**

**Michigan Department of Corrections**
**GRIEVANCE APPEAL RECEIPT - STEP II**

**DATE:** **5/9/2013**

**TO:** **MITCHELL** **361525** **LOCATION:** **MRF** **3-49-B**

**FROM:** **Grievance Coordinator:** **E.Taylor**

**SUBJECT:** Receipt of the Grievance Appeal Form

I acknowledge receipt of your Step II grievance appeal, identifier **MRF / 2013 / 04 / 0519 / 28C** which was received in this office on **5/9/2013**

You should be provided a Step II response within 15 business days of the date your appeal was received or no later than the due date listed below. If you have not received a response by this date, you may submit your Step III Appeal to the Director's Office.

**5/30/2013**

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I 4/29/13 ED Grievance Identifier: MRF 1304 0051 1A 028 E

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prisoner law library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Randall Mitchell | 361525 | MRF | 3-49-B | 4-22-13 | 4-25-13 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 4-22-13
If none, explain why. I Talked to Dr. Abdellatif, Badawi

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

April 22, 2013 I talked to Dr. Abdellatif, Badawi and he's not telling me test results from a injury that took place back in 6-2011 He's violated my civil Rights, By not providing proper health care. I hold the following responsible LaKreese R. Johnson (PA), Dr. Anita M. Noronha Rich Hallworth (ceo), Jonathan B. Walker (vice Pres), Geffery S. Pedey (vice pres of operation), Carl J. Keldie (Chief Med Officer) Dr. Jeffrey C. Stieve, and Corizon Health INC. For my Injury and for not providing Health Care Shoes, and for not providing a wound care or foot specialist. This is deliberate indifference to serious medical needs.

Randall Mitchell
Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☒ No If No, give explanation. If resolved, explain resolution.)

SEE ATTACHED RECEIPT FOR RESPONSE

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| [signature] | 4/29/13 | [signature] | 4/29/13 |
| E. Taylor | Grievance Coord. | J. Scott | Adm. Asst. |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

Date Returned to Grievant: 5/1/13

If resolved at Step I, Grievant sign here. Resolution must be described above. Grievant's Signature ______ Date ______

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-4248 5/09
CSJ-247B

**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

Date Received by Grievance Coordinator at Step II: ____________

Grievance Identifier: MKF / 1304 / 0519 / 28C

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: Warden's Office by 5/16/13. If it is not submitted by this date, it will be considered ~~terminated~~ untimely.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Randall Mitchell | 361525 | MKF | 3-17-B | 4-22-13 | |

**STEP II** — Reason for Appeal This grievance had related issues concerning Improper Health Care.

**STEP II** — Response

Date Received by Step II Respondent:

Respondent's Name (Print) ____ Respondent's Signature ____ Date ____

Date Returned to Grievant:

**STEP III** — Reason for Appeal This wound has been an issue for 2 years now, and I sould have been gotten the help I needed. Doctor Abdellatif, Badawi Has munipulated the system by saying I'm not compling. He's violated my rights to Medical Health Care.

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

RICK SNYDER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF CORRECTIONS
LANSING

DANIEL H. HEYNS
DIRECTOR

SC6/8

TO: Mitchell, Randall #361525

SUBJECT: Step III Grievance
MRF-13-04-0519-28c

Your Step III grievance, including any materials included with your appeal from Step II, has been fully reviewed and considered by the Grievance and Appeals Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances". The response you received at Step I reflects that your issues were in fact considered and appropriately responded to at the facility level. As there is no additional information or basis found for relief at Step III, the Step I decision is upheld.

Grievance Specialist: [signature]

Approval Signature: [signature] Date mailed: SEP 30 2013

cc: Warden (MRF)
Prisoner (MRF)

MICHIGAN DEPARTMENT OF CORRECTIONS 4835-4248 5/09

**PRISONER/PAROLEE GRIEVANCE APPEAL FORM** CSJ-247B

Date Received by Grievance Coordinator at Step II: ________

Grievance Identifier: MRF / 13 04 / 05 19 / 28 E

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

RECEIVED - MDOC
JUN 07 2013
Office of Legal Affairs

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: Warden's Office by 5/14/13. If it is not submitted by this date, it will be considered terminated. untimely

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Randall Mitchell | 361525 | MRF | 3-47B | 4-22-13 | |

**STEP II** — Reason for Appeal: This grievance had related issues concerning Improper Health Care.

**STEP II** — Response

Date Received by Step II Respondent:

Respondent's Name (Print) ________ Respondent's Signature ________ Date ________

Date Returned to Grievant:

**STEP III** — Reason for Appeal: This wound has been an issue for 2 years now, and I sould have been gotten the help I needed. Doctor Abdellatif, Badawi Has munipulated the system by saying I'm not compling. He's violated my rights to Medical Health Care. [illegible]

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Canary, Pink – Process to Step II; Goldenrod – Grievant

3-49-B

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I: 4/8/13 (GT)  Grievance Identifier: MRF 13 04 0455 12D3

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Randall Mitchell | 361525 | MRF | Seg #13 | 4-4-13 | 4-5-13 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 4-4-13
If none, explain why. I was in segregation ~~did~~ made a round Doctor Abdellatif, Badawi with nurse Mitchell, and Nurse Taple. I Talked to the Doctor about my wound. Doctor Abdellatif, Badawi Just told me it going to heal.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

Due to wearing states I injury my foot It's been months and my foot still has not healed. At this point I Know I need to see a wound Care Specialist, or a foot Doctor. I feel doctor Abdellatif, Badawi is not responding appropriately to my medical need.

Randall Mitchell
Grievant's Signature

RESPONSE (Grievant Interviewed? ☒ Yes ☐ No If No, give explanation. If resolved, explain resolution.)

See attached response

Respondent's Signature: [signature]  Date: 4-2013  Reviewer's Signature: [signature]  Date: 4-25-13

Respondent's Name (Print): L. Ahray  Working Title: RN  Reviewer's Name (Print): T. Nixon  Working Title: HUM

Date Returned to Grievant: 4/26/13 (GB)  If resolved at Step I, Grievant sign here. Resolution must be described above.  Grievant's Signature ____  Date ____

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

# Step I Grievance Response

| | |
|---|---|
| **Grievance Number:** | MRF13040045512D3 |
| **Prisoner Name:** | Mitchell |
| **Prisoner Number:** | 361525 |

**Prisoner** ☒ **was** ☐ **was NOT interviewed. GIVE REASON:**

**SUMMARY OF COMPLAINT:**

Grievant indicating that he has not been receiving adequate/appropriate treatment for his wound.

**INVESTIGATION INFORMATION**

Grievants issue is chronic in nature, and has been under the advisement of healthcare since 2011. Many treatment options have been suggested to which he has been noncompliant, or refusing to participate in. Recommendations for specialists will not be approved until treatment measures have been tried on site and unsuccessful. Prisoner is encouraged to cooperate with treatment as set forth by the on site physician.

**APPLICABLE POLICY, PROCEDURE, ETC.**

PD 03.04.100 Healthcare Services; PD 03.02.130 Prisoner/Parollee Grievances

**SUMMARY**

Grievance is denied. Grievant is encouraged to access healthcare using the Health Care Request form (CHJ-549) for any further medical requests.

| | | | |
|---|---|---|---|
| **RESPONDENT NAME:** | L. Adray, RN | **TITLE:** | RN |
| **RESPONDENT SIGNATURE:** | [signature] | **DATE:** | 4-20-13 |

| | | | |
|---|---|---|---|
| **REVIEWER NAME:** | J. Nixon, RN | **TITLE:** | HUM |
| **REVIEWER SIGNATURE:** | J Nixon, RN | **DATE:** | 4-25-13 |

# Step II Grievance Appeal Response

| |
|---|
| **Grievance Number:** MRF 13040 0455 12D3 |
| **Prisoner Name:** Mitchell |
| **Prisoner Number: 361525** |

I have reviewed your Step I Grievance, the Step I Response, and your Step II Reason for Appeal.

**SUMMARY OF STEP I COMPLAINT: Grievant indicating that he has not been receiving adequate/appropriate treatment for his wound.**

**SUMMARY OF STEP I RESPONSE:** Please see attach step one response.

**SUMMARY OF STEP II REASON FOR APPEAL:** Grievant alleges this is an ongoing issue.

**SUMMARY OF STEP II INVESTIGATION**: Grievant's electronic medical record was reviewed. Documentation reveals grievant had been non compliance or refusing to participate in the treatment options recommended. Recommendations from specialists were not approved until the recommended treatment plans had been tried and successful. Grievant chronic issue had lbeen monitored by health care since 2011. Grievant is encouraged to follow the treatment plan recommended by the medical provider. Grievant is encouraged to access health care through the kite process to address any current health care concerns.

It

**CONCLUSION**: Evidence:

- Policy 03.04.100 Health Care Services.
- Grievance: Denied.

| | |
|---|---|
| **RESPONDENT NAME:** Alfred Jones | **TITLE:** Administrative Assistant<br>Southern Region Health Care Services |
| **RESPONDENT SIGNATURE:** *Alfred Jones* | **DATE:** May 29, 2013 |

S. 46B

**Step III Grievance Response**

**RANDALL MITCHELL 361525**

**MRF 13040455**

Grievant alleges he has not received adequate treatment for wound care and his feet.

All relevant information within the electronic medical record has been reviewed. Step I appropriately addressed this grievance and is affirmed at the Step III appeal. The Medical Provider is the medical authority and is responsible to manage the treatment plan of the patient. Disagreement with the treatment plan does not constitute a denial of care.

Grievance appeal denied.

Response of Bureau of Health Care Services Date: 9/10/2013

Approved: S. Laughhunn RN Date: 9.10.13

S. Laughhunn, RN

R.D. Russell

Richard D. Russell Manager, Grievance Section Office of Legal Affairs

SEP 26 2013

Date Mailed

Ref. # 18550

C: Warden

Regional Health Care Administrator Southern

Grievant

SENT 4/29/13

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-4248 5/09
CSJ-247B

**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

Date Received by Grievance Coordinator at Step II: ____________

Grievance Identifier: MRF 1304 0455 12D3

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE. The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

RECEIVED - MDOC
JUN 07 2013
Office of Legal Affairs

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: WARDENS OFFICE by 5/6/13. If it is not submitted by this date, it will be considered ~~terminated~~ untimely.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| RANDALL MITCHELL | 361525 | MRF | 5-7-T | 4-4-13 | 4-30-13 |

**STEP II** — Reason for Appeal This has been a on going issue for 22 months, and I have complied with medical to my fullest Ability, I'm on crutches because I can't bare the pain of walking on my foot. This is a life threating issue because I could lose my foot. It's my Constitution right to proper Health Care. under the Eighth Amendment.

**STEP II** — Response

Date Received by Step II Respondent:

Respondent's Name (Print) ____________ Respondent's Signature ____________ Date ____________

Date Returned to Grievant:

**STEP III** — Reason for Appeal Doctor Abdellatif Beidawi has ingored the fact of sending me to a foot Specialist. My leg and foot has been swollen since Jan, 2012 and he's just now doi[ng] an diagnosis 5-10-2013 from an injury that took place in June 23, 2011. He's manipulat[ing] the system by saying I'm not compling with on-site treatment plan. And deving me access to an outside specialist.

3 [illegible]

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

| | |
|---|---|
| PATIENT: | RANDALL MITCHELL |
| DATE OF BIRTH: | 04/24/1982 |
| DATE: | 06/23/2011 6:39 PM |
| INMATE ID: | 361525 |

## Clinical Progress Note

**Comments:**
REturned from MCRMC ER diagnosis of "cellulitis". Recommendation for Keflex and Bactrim sent, MSP ordered Clindamycin 450mg TID, and same dispensed from physician stock for doses til Monday. States "they cut it open and drained it, then put a bandange on it." Dressing D/I, denies sensation to foot due to DM neuropathy. Already had amputation of right great toe,now has ulcerated area at stump site. and Ulcerated area to left great toe. MSP appt requested to be added on schedule for 6-24, inmate instructed on approp self admin of antibiotics, s/s to report, and importance of frequent foot checks due to neuropathy, and to keep wounds clean and dry. Continue to dress, and notify HC when supplies are needed.

**Date:** 06/23/2011
**Time:** 6:40 PM
**User:** Lisa M. Adray, RN

**Provider: Anita Noronha, MD**

**Document generated by: Lisa M. Adray, RN**

3535

## Step I Grievance Response

| | |
|---|---|
| **Grievance Number:** | MRF1209170612D3 |
| **Prisoner Name:** | Mitchell |
| **Prisoner Number:** | 361525 |

| | | | | | |
|---|---|---|---|---|---|
| **Prisoner** | ☒ | **was** | ☐ | **was NOT interviewed. GIVE REASON:** | |

**SUMMARY OF COMPLAINT:**

Grievant indicating that he has chronic health concerns, and he attempted to address them with the Dr at an appt, and he feels as if his concerns were dismissed.

**INVESTIGATION INFORMATION**

He was evaluated for his chronic care concerns as scheduled, and his issues were addressed. The greivant claims that the dr was dismissive of his lack of appetite, however, the ZDr. note from same visit states that appetite change was denied, and there was no weight loss or gained since previous evaluation. The grievant claims he has an ulcer on his foot, and the same ulcer has been under the Dr's care for over a year. There was a treatment order for wound care issued by the phusician, however, the grivant stopped complying with this plan in Feb 2012. He stopped coming to clinic for weekly wound evaluation by nursing staff, and assumed care of his wound in his cell. The swelling he reports in his grievance has been of a chronic nature as well, and under the Dr's care since first noted to be of concern in January of 2012. Grievant is challenging the judgment of the healthcare professional. Grievant's disagreement with the MP's treatment plan does not support his claim for indifference.

**APPLICABLE POLICY, PROCEDURE, ETC.**

PD 03.04.100 Healthcare Services; PD 03.02.130 Prisoner/Parolee Grievances

**SUMMARY**

Grievance is denied. Grievant is encouraged to access healthcare using the Health Care Request form (CHJ-549) for any further medical requests.

| | | | |
|---|---|---|---|
| **RESPONDENT NAME:** | L. Adray, RN | **TITLE:** | RN |
| **RESPONDENT SIGNATURE:** | (signature) | **DATE:** | 9/26/12 |

| | | | |
|---|---|---|---|
| **REVIEWER NAME:** | J. Nixon, RN | **TITLE:** | A/HUM |
| **REVIEWER SIGNATURE:** | J Nixon RN | **DATE:** | (initials) |

Mitchell, Randall
04/24/1982
Anhalt, Jeffrey
10/28/2013
CH note: R ft ulcer

2615?5

**ORTHOPAEDIC ASSOCIATES OF MUSKEGON**
1400 Mercy Drive, Suite 100, Muskegon, MI 49444
Telephone: 231 733-1326 Fax: 231 733-5212

10/28/2013 Randall Mitchell is seen today regarding his right foot. He is an inmate, has noted a wound for the last two years. He has been treated with what sounds like wet-to-dry or some sort of soap-suds dressing, recently has been placed on **Bactrim** and referred here for follow-up. He notes no acute changes in the wound, although he feels it probably needs a debridement. He just recently changed facilities and that's likely the reason for his upgrade in care to have me manage it or at least observe it.

His past medical and past surgical history are noted in the chart. He is a diabetic with a history of neuropathy. He has had a great toe amputation. He states his hemoglobin A1c generally runs below 7 and in the 80-to-150 range when checked.

PHYSICAL EXAMINATION: On exam, he is seated on the exam table. He is alert and oriented x 3, answers all questions appropriately. He appears his stated age. He is with two prison guards. His right foot plantar foot underneath the 2nd and 3rd metatarsal heads demonstrates a single ulcer, probably 6 mm in depth and 3 by 2.5 mm in width and length. There is one area which tracks down to possibly the 3rd metatarsal head, although it does track to the tendon sheath. The remainder of the edge demonstrates hypertrophic overgrown hyperkeratotic skin and tissue.

IMPRESSION: Neuropathy, diabetes, neuropathic ulcer right foot.

PLAN: We did review his outside x-rays, which did show some lytic areas of the metatarsal heads. This is possibly osteomyelitis. At this time, I have recommended a gastroc slide to offload his forefoot. He will need an Achilles lengthening either way. If that will get the ulcer to heal up, then I think that will be reasonable. Otherwise, due to the length of time he's had the ulcerative disease, I think that he's at a very high risk for osteomyelitis and therefore loss of limb. If the wound doesn't heal, then a distal transmetatarsal amputation may be a reasonable option for him. He indicates understanding and we'll try to get that scheduled as soon as possible.

PROCEDURE: Debridement of the hyperkeratotic skin was carried out today with a 15 blade knife, debriding the edges as well as any portion of necrotic tissue down to bleeding tissue subcutaneously.
Jeffrey K. Anhalt, D.O./sm T: 10/31/2013

(no PCP listed)

FML/pti:fl (00000)

11/7/13 Rworrel

RMO Sent for gastroc Slide 11/7/13

Message Left By Worrell FOR Dr Anhalt

Randall C. Mitchell 361525
Earnest Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon Heights, MI 49444

Office of the Clerk
United States District Court
231 W. Lafayette Boulevard, Fifth Floor
Detroit, MI. 48226

U.S. MARSHALS

RECEIVED
MAR 3 1 2014
CLERK'S OFFICE
DETROIT

# CIVIL COVER SHEET FOR PRISONER CASES

| | |
|---|---|
| **Case No.** 14-11346 **Judge:** Lawrence P. Zatkoff **Magistrate Judge:** R. Steven Whalen | |
| **Name of 1st Listed Plaintiff/Petitioner:** Randall Mitchell | **Name of 1st Listed Defendant/Respondent:** Abdellatif Badawi, et al. |
| **Inmate Number:** 361525 | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:** Earnest C. Brooks Correctional Facility<br>2500 S. Sheridan Drive<br>Muskegon Heights, MI 49444<br>MUSKEGON COUNTY | |

**BASIS OF JURISDICTION**

- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**

- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**

- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**

- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

---

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
   ☐ Yes ☒ No
   ➢ **If yes, give the following information:**
   Court: ______
   Case No: ______
   Judge: ______

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
   ☐ Yes ☒ No
   ➢ **If yes, give the following information:**
   Court: ______
   Case No: ______
   Judge: ______