UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDALL C. MITCHELL,

    Plaintiff,                                              CASE NO.  14-11346

v.                                                          Hon. Lawrence P. Zatkoff

ABDELLATIF BADAWI, et al.,

    Defendants.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed this case pursuant to 42 U.S.C. § 1983, alleging deliberate indifference to his serious medical needs, in violation of the Eighth Amendment.  This matter is currently before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation (Docket #31), wherein the Magistrate Judge recommends that Plaintiff's complaint be dismissed with prejudice as to Defendant Jan Nixon.  Plaintiff did not file any objection to the Report and Recommendation.

After a thorough review of the court file and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of the Court.

Therefore, for the reasons set forth above, the Court hereby ORDERS that Plaintiff's cause of action is DISMISSED WITH PREJUDICE as to Defendant Jan Nixon.

IT IS SO ORDERED.

                                                                             S/Lawrence P. Zatkoff
                                                                             LAWRENCE P. ZATKOFF
Dated: November 12, 2014                                 UNITED STATES DISTRICT JUDGE