UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDALL C. MITCHELL,

    Plaintiff,                                               Civil Action No. 14-CV-11346

vs.                                                   HON. BERNARD A. FRIEDMAN

ABDELLATIF BADAWI, et al.,

    Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the Court on plaintiff's motion for injunctive relief [docket entry 37]. Magistrate Judge R. Steven Whalen has submitted a Report and Recommendation ("R&R") in which he recommends that the motion be denied. No party has objected to the R&R and the objection period has expired. The Court has reviewed the motion and the R&R and concurs with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that plaintiff's motion for injunctive relief is denied.

                                      S/ Bernard A. Friedman_____
                                      BERNARD A. FRIEDMAN
                                      SENIOR UNITED STATES DISTRICT JUDGE

Dated: July 1, 2015
       Detroit, Michigan